## ARBOGHAST ET AL. *v.* HANES.

From the Warren Circuit Court.

*M. Milford,* for appellants.

*J. M. Rabb, J. W. Sutton,* and *F. W. Sutton,* for appellee.

PETTIT, J.—This was an action of replevin by the appellee against the appellants.

The only question raised in this court by the assignment of errors is as to the sufficiency of the evidence. We have read and considered it in full, and think it not only justified, but required the verdict and judgment below.

The judgment is affirmed, at the costs of the appellants.